SULAIMAN LAW GROUP, LTD.
Bobby C. Walker, Esq. (State Bar No. 321788)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x120
Facsimile: (630) 575-8188
Email: bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE N. HEITMEYER f/k/a JAMIE N. BACA, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN CREDIT-CREDIT REPAIR CENTERS, <br><br> Defendant. | **Case No.** 2:23-cv-02303-RGK-MAA <br><br> AFFIDAVIT FOR ENTRY OF DEFAULT |

1. I am the attorney for Plaintiff, Jamie N. Heitmeyer f/k/a Jamie N. Baca, in the case captioned above.

2. On April 14, 2023, Adela Velazquez, a process server, served American Credit-Credit Repair Centers ("Defendant"), with a copy of the Summons and Complaint. [Dkt No. 10].

3. To date, Defendant has not filed any responsive pleading to Plaintiff's Complaint, nor has Defendant sought an extension.

1

4. Defendant's deadline to file a responsive pleading to Plaintiff's Complaint has expired.

5. To the best of my knowledge, Defendant is not an infant, not in the military, and is not an incompetent person.

*/s/ Bobby C. Walker*
Bobby C. Walker, Esq.
*Counsel for Plaintiff*
