SULAIMAN LAW GROUP, LTD.
Bobby C. Walker, Esq. (State Bar No. 321788)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x120
Facsimile: (630) 575-8188
Email: alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMIE N. HEITMEYER f/k/a JAMIE N. BACA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CREDIT-CREDIT REPAIR CENTERS,<br><br>Defendant. | **Case No.**  2:23-cv-02303-RGK-MAA<br><br><br>**PROPOSED ORDER ON MOTION FOR ENTRY OF DEFAULT** |

Plaintiff, Jamie N. Heitmeyer f/k/a Jamie N. Baca, by and through her attorneys, having filed with this Court his Motion for Entry of Default and the Court having reviewed same, hereby ORDERES:

1.     An Entry of Default shall be entered against the Defendant, American Credit-Credit Repair Centers.

Dated: _____

_____
Judge, U.S. District Court

1