# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE N. HEITMEYER<br><br>PLAINTIFF(S)<br><br>v.<br><br>AMERICAN CREDIT − CREDIT REPAIR CENTERS<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23−cv−02303−RGK−MAA<br><br>**AMENDED**<br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 5/26/2023 | 16 | MOTION for Clerk to Enter Default |
| __ | __ | __ |

Other:
ORDER by Judge R. Gary Klausner re Clerk to Enter Default against Defendant American Credit − Credit Repair Centers[16] . The following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order for the following reason(s): Document attached is actually a motion for default judgment. ~~Default entry by clerk must take place prior to the filing of a motion for default judgment.~~ DOCUMENT STRICKEN ~~accordingly and~~ for the reasons indicated in the Notice to Filer of Deficiencies [17]

Docket entry text does not match document attachment.

Dated: May 31, 2023

By: /s/ R. Gary Klausner
U.S. District Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G−106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)