JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE N. HEITMEYER f/k/a JAMIE N. BACA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CREDIT- CREDIT REPAIR CENTERS,<br><br>Defendant. | Case No. 2:23-cv-02303-RGK-MAA<br><br>**ORDER AND JUDGMENT**<br><br>[26] |

    1.    Judgment by default is entered in favor of Plaintiff, JAMIE N. HEITMEYER f/k/a JAMIE BACA, and against Defendant, AMERICAN CREDIT-CREDIT REPAIR CENTERS, as follows:

    a. Actual Damages    $ 1,440.00
    b. Attorney fees    $ 3,000.00
    c. Costs    $   541.30

    2.    Allowing judgment interest to be added per diem.

Dated: 8/29/2023

Hon. R. Gary Klausner
U.S. District Judge